UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

MARIAN MIRSKY,

       Plaintiff,

vs.

JFK MEDICAL CENTER LIMITED PARTNERSHIP
d/b/a JFK MEDICAL CENTER,
a Florida corporation,

       Defendant.

_____/

## COMPLAINT

Plaintiff, by and through his undersigned counsel, sues the Defendant, JFK MEDICAL CENTER LIMITED PARTNERSHIP d/b/a JFK MEDICAL CENTER, (hereinafter, "Company"), and alleges as follows:

1.      Plaintiff, a former employee of Defendant, brings this action to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq.

2.      Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

3.      The unlawful employment practices alleged herein occurred and/or were committed within this judicial district.

4.      At all times material hereto, Plaintiff is/was a resident of this judicial district, an employee of the Defendant, sui juris and otherwise within the jurisdiction of this Court.

5.      At all times material hereto, Defendant was the employer or former employer of the Plaintiff and is conducting business in this judicial district and is otherwise 'employer' under the FLSA.

6.      At all times material hereto, Defendant was and continues to be an 'enterprise engaged in commerce' within the meaning of the FLSA.

7.      The Plaintiff was hired as a non-exempt employee by the Defendant.

8.      During her employment, the Defendant however had Plaintiff, a non-exempt employee under the FLSA, work in excess of forty (40) hours per work week, by handling cellular telephone calls off-the-clock, but willfully refused to properly compensate Plaintiff for such work in violation of the FLSA.

9.      Plaintiff has cellular telephone records for approximately one year (September of 2014 through August of 2015) of these off-the-clock calls, indicating a total of 17,821 minutes of unpaid overtime (297.02 hours).

10.      Taking her hourly rate of $35.00, the Plaintiff would have an overtime rate of $52.50. Based upon 279.02 hours of overtime, Plaintiff is owed $14,648.55 in unpaid overtime during this year.

11.      Extrapolating this amount over the period of the statute of limitations, Plaintiff estimates to be owed approximately $29,297.10 in unliquidated overtime.

12.      Plaintiff will exert diligent efforts to obtain more information by appropriate discovery proceedings, to be taken promptly in this case, and if required, an amendment to this Complaint will be submitted to set forth an exact amount due by the Plaintiff.

## COUNT I
## FLSA - COMPANY

Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 12 above.

13.     Plaintiff is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

14.     By reason of the intentional, willful and unlawful acts of the Company in violation of the FLSA, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands judgment against the Company for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts.

Dated:  August 25, 2016.                    Respectfully submitted,

Law Offices of Levy & Levy, P.A.
915 Middle River Drive, Suite 518
Ft. Lauderdale, Florida  33304
Telephone: (954) 763-5722
Facsimile: (954) 763-5723
Email: chad@levylevylaw.com
Service Email: assistant@levylevylaw.com
*Counsel for Plaintiff*


*/s/ Chad E. Levy*
CHAD E. LEVY, ESQ.
F.B.N.: 0851701