UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81499-CIV-ZLOCH

MARIAN MIRSKY,

    Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL**

JFK MEDICAL CENTER LIMITED
PARTNERSHIP, d/b/a JFK MEDICAL
CENTER,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Motion For Approval Of Settlement Agreement And Dismissal With Prejudice (DE 9) filed herein by all Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion For Approval Of Settlement Agreement And Dismissal With Prejudice (DE 9) filed herein by all Parties be and the same is hereby **GRANTED**;

    2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement And Release (DE 9-1) has been reviewed by the Court and the same are hereby approved, adopted, and ratified by the Court;

    3. The above-styled cause be and the same is hereby **DISMISSED**

with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement And Release (DE 9-1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of December, 2016.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

All Counsel and Parties of Record